KING & KELLEHER, LLP
Edward Vincent King, Jr. (SBN 085726)
Alvin B. Lindsay (SBN 220236)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011
E-mail: evking@kingandkelleher.com
E-mail: alindsay@kingandkelleher.com

Attorneys for Plaintiff and
Counterclaim-Defendant
JAIME PORIS

IRELL & MANELLA LLP
Jonathan H. Steinberg (SBN 98044)
Samuel K. Lu (SBN 171969)
Blake B. Greene (SBN 260930)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199
E-mail: jsteinberg@irell.com
E-mail: slu@irell.com
E-mail: bgreene@irell.com

Attorneys for Defendant and
Counterclaimant
NOVELLUS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME PORIS,<br><br>   Plaintiff and Counterclaim-Defendant<br><br>v.<br><br>NOVELLUS SYSTEMS, INC.,<br><br>   Defendant and Counterclaimant. | Case No. CV 10-0947 JSW<br><br>**JOINT STIPULATION REGARDING AMENDMENT OF THE PARTIES' CONTENTIONS UNDER PATENT L.R. 3-6 AND ORDER THEREON** |

WHEREAS, on June 25, 2010, Plaintiff and Counterclaim-Defendant Jaime Poris ("Poris") served his Claim Chart Under Patent L.R. 3-1(c) as Exhibit A to Poris' Disclosure of Asserted Claims and Infringement Contentions ("6/25/2010 Infringement Contentions");

WHEREAS, counsel for Poris and counsel for Defendant and Counterclaimant Novellus Systems, Inc. ("Novellus") met and conferred regarding Novellus' allegation that Poris' 6/25/2010 Infringement Contentions are lacking the requisite specificity called for in Patent L.R. 3-1(c) in connection with certain limitations of the asserted claim;

WHEREAS, the parties disagree as to the merit of Novellus' allegations, but Poris has agreed to voluntarily amend his 6/25/2010 Infringement Contentions in order to provide the additional specificity that Novellus seeks;

WHEREAS, Poris' proposed amendments are based, in part, on documents that Novellus has recently produced, which were not available to Poris at the time that Poris served his 6/25/2010 Infringement Contentions;

WHEREAS, Novellus served its Invalidity Contentions under Patent L.R. 3-3 ("Invalidity Contentions") on August 9, 2010 (five days after first being provided with a copy of Poris' proposed amendments on August 4, 2010), and therefore did not have sufficient time to complete its review and analysis of Poris' proposed amendments before serving its Invalidity Contentions;

WHEREAS, Novellus and Poris agree that Novellus' allegation regarding the sufficiency of Poris' 6/25/2010 Infringement Contentions constitutes good cause for Poris to amend his Infringement Contentions;

WHEREAS, Novellus and Poris agree that Poris' amendment of his 6/25/2010 Infringement Contentions constitutes good cause for Novellus to amend its Invalidity Contentions;

WHEREAS, such amendments shall not delay the schedule set in this case;

NOW, THEREFORE, the parties stipulate to the following:

(1) Poris may serve an amendment to his 6/25/2010 Infringement Contentions, entitled Poris' First Amended Infringement Contentions, along with Poris First Amended Claim Chart under Patent L.R. 3-1(c) at Exhibit A thereto (which have been provided to Novellus in advance of this filing); and

(2) Novellus has the right to amend its Invalidity Contentions on or before August 27, 2010 in response to Poris' First Amended Infringement Contentions and Claim Chart.

Respectfully stipulated to by:

| | |
|---|---|
| KING & KELLEHER, LLP | IRELL & MANELLA LLP |
| By: */s/ Alvin B. Lindsay*<br>    Alvin B. Lindsay | By: */s/ Blake B. Greene*<br>    Blake B. Greene |
| Attorneys for Plaintiff and Counterclaim-Defendant Jaime Poris | Attorneys for Defendant and Counterclaimant Novellus Systems, Inc. |
| Date: August 13, 2010 | Date: August 13, 2010 |

### ATTESTATION OF CONCURRENCE

I hereby attest that concurrence in the filing of the document has been obtained from the other signatory.

By: */s/ Alvin B. Lindsay*
    Alvin B. Lindsay

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 13, 2010

_____
Hon. Jeffrey S. White
United States District Judge

-3-
**JOINT STIPULATION REGARDING AMENDMENT TO THE PARTIES' CONTENTIONS**   **Case No. CV 10-0947 JSW**