IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME PORIS,<br><br>    Plaintiff,<br><br>  v.<br><br>NOVELLUS SYSTEMS, INC.,<br><br>    Defendant. | No. C 10-00947 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STRIKE DECLARATION** |

This matter is set for a hearing on January 7, 2011 on Plaintiff's motion to strike. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 2, 2010 and a reply brief shall be filed by no later than November 9, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 19, 2010

                                                          JEFFREY S. WHITE<br>
                                                          UNITED STATES DISTRICT JUDGE