Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011
evking@kingandkelleher.com

Attorneys for Plaintiff and Counter-Defendant
JAIME PORIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME PORIS,<br><br>Plaintiff,<br><br>v.<br><br>NOVELLUS SYSTEMS, INC.,<br><br>Defendant.<br><hr>AND RELATED COUNTERCLAIMS | Case No. CV 10-0947 JSW<br><br>**[PROPOSED] ORDER GRANTING PORIS'S MOTION TO STRIKE THE DECLARATION OF LEONARD NANIS, DR. SC. IN SUPPORT OF NOVELLUS SYSTEM, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br>Hearing Date: December 3, 2010<br>Time: 9:00 a.m.<br>Courtroom: 11 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Before the Court is the Motion filed by Plaintiff and Counterclaim-Defendant Jaime Poris ("Poris") to strike the Declaration of Leonard Nanis ("Nanis Declaration") (Docket Entry No. 32), which was filed by Defendant and Counterclaimant Novellus Systems, Inc. ("Novellus") in support of Novellus's Responsive Claim Construction Brief ("Novellus's Responsive Construction Brief") (Docket Entry No. 31). Poris seeks to have the Nanis Declaration stricken in its entirety and asks the Court to enjoin Novellus from relying upon the testimony of Mr. Nanis in any way in support of Novellus's claim construction positions. Poris brings his motion to strike based upon

-1-
**[PROPOSED] ORDER GRANTING PORIS'S MOTION TO STRIKE THE DECLARATION OF LEONARD NANIS**
**Case No. CV-10-0947 JSW**

Novellus's failure to disclose it intention to rely upon the Nanis testimony as Novellus was required to do pursuant to Patent L.R. 4-2, 4-3 and 4-4, and the Case Management Schedule in this matter (Docket Entry Nos. 18-19).

Having considered the parties' briefings in connection with Poris's Notice of Motion and Motion to Strike the Nanis Declaration, the Declarations and other supporting documents which have been filed in support of the parties' briefs, oral argument of counsel as appropriate, and upon consideration of the facts, evidence, and arguments presented by the parties, the Court hereby finds that Poris's Motion to Strike the Nanis Declaration is meritorious and should be granted based upon Novellus's failure to comply with the disclosure requirements of Patent L.R. 4-2, 4-3 and 4-4.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

Poris's Motion to Strike the Nanis Declaration is hereby **GRANTED** and the Court hereby enters this Order finding that:

1) the Nanis Declaration (Docket Entry No. 32) shall be disregarded and stricken from the record;

2) Mr. Nanis shall be precluded from providing any testimony at the *Markman* hearing; and

3) the following portions of Novellus's Responsive Construction Brief (Docket Entry No. 31), which cite to Mr. Nanis's declaration testimony, shall be stricken from Novellus's Responsive Claim Construction Brief and shall be disregarded by the Court:

> Page 2, lines 12-16, 17-23, 25-26, footnote 2;
> Page 3, lines 1-5, 6-13 (Table II), 14-17, 18-22, 23-28 (Fig. 3);
> Page 4, lines 1-8, 9-14 (Fig. 5), 15-18, 19-26 (Fig. 6);
> Page 5, lines 1-2, 3-9 (Fig. 7A), 10-23 (Fig. 9), 24-28;
> Page 6, lines 1-16, 17-22, 23-25, footnote 3.
> Page 7, lines 1-4, 5-13 (Fig. 11B), 18-28;
> Page 8, lines 1-3; and
> Page 19, lines 1-6 (re: "gasket").

The hearing set for Monday, January 7, 2011 at 9:00 a.m. is HEREBY VACATED.
Mr. Nanis may still present at the Tutorial on behalf of Defendants.

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
Honorable Jeffrey S. White
United States District Judge