KING & KELLEHER, LLP
Edward Vincent King, Jr. (SBN 085726)
Alvin B. Lindsay (SBN 220236)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011
E-mail: evking@kingandkelleher.com
E-mail: alindsay@kingandkelleher.com

Attorneys for Plaintiff and
Counterclaim-Defendant
JAIME PORIS

IRELL & MANELLA LLP
Samuel K. Lu (SBN 171969)
Blake B. Greene (SBN 260930)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
E-mail: slu@irell.com
E-mail: bgreene@irell.com

Attorneys for Defendant and Counterclaimant
NOVELLUS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME PORIS,<br><br>　　　Plaintiff and<br>　　　Counterclaim-Defendant,<br><br>　vs.<br><br>NOVELLUS SYSTEMS, INC.,<br><br>　　　Defendant and<br>　　　Counterclaimant. | Case No. CV 10-0947 JSW<br><br>**JOINT STIPULATION REGARDING CONTINUING MEDIATION DEADLINE AND ORDER THEREON** |

WHEREAS, during the Case Management Conference on June 11, 2010, and as reflected in the Court's Civil Minute Order (Dkt. 19), the Court scheduled the last day to complete Court sponsored mediation to be December 31, 2010;

WHEREAS, during the Case Management Conference, the Court indicated that if the *Markman* Hearing were to move, then the Court would entertain moving the mediation deadline (*see* Case Management Conference Tr. at 3:18-19);

WHEREAS, on October 14, 2010, the Clerk's Notice (Dkt. 34) informed the parties that the *Markman* Hearing, previously scheduled for December 8, 2010, was continued until February 23, 2011;

WHEREAS, in light of the continuance of the *Markman* Hearing, the parties believe that

-1-

1  continuing the Court sponsored mediation deadline until after the *Markman* Hearing would result
2  in a more productive mediation session for the parties;
3      NOW, THEREFORE, the parties stipulate to the following: the last day to complete
4  Court sponsored mediation is March 19, 2011.

6  Respectfully stipulated to by:

7  KING & KELLEHER, LLP            IRELL & MANELLA LLP

8  By: */s/ Edward Vincent King, Jr.*      By: */s/ Blake B. Greene*
9      Edward Vincent King, Jr.            Blake B. Greene

10 Attorneys for Plaintiff and            Attorneys for Defendant and Counterclaimant
11 Counterclaim-Defendant             NOVELLUS SYSTEMS, INC.
   JAIME PORIS

13 Date: November 2, 2010              Date: November 2, 2010

15 **ATTESTATION OF CONCURRENCE**

16     I hereby attest that concurrence in the filing of the document has been obtained from the
17 other signatory.

18             By: */s/ Blake B. Greene*
19                Blake B. Greene

22 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23 DATED: November 24, 2010

24                _____
25                Hon. Jeffrey S. White
                   United States District Judge

-2-

**JOINT STIPULATION REGARDING**            **Case No. CV 10-0947 JSW**
**CONTINUING MEDIATION DEADLINE**