Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011
E-mail: evking@kingandkelleher.com

*Attorneys for Plaintiff and Counter-Defendant*
*JAIME PORIS*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME PORIS,<br><br>            Plaintiff,<br><br>     v.<br><br>NOVELLUS SYSTEMS, INC.,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 10-0947 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS** |

Plaintiff, Jaime Poris, and defendant, Novellus Systems, Inc., through and by their counsel stipulate as follows:

1. All proceedings in this matter be stayed for 60 days;

2. The parties appear for a case management and scheduling conference at the convenience of the Court upon expiration of the stay period; and

3. The agreed-upon stay is sought due to unforeseen medical circumstances of counsel.

SO STIPULATED.

DATED: January 21, 2011        Respectfully submitted,

KING & KELLEHER, LLP

By: */s/ Edward Vincent King, Jr.*
    Edward Vincent King, Jr.

Attorneys for Plaintiff and Counter-Defendant
JAIME PORIS


IRELL & MANELLA LLP

By: */s/ Samuel Lu*
    Samuel Lu

Attorneys for Defendant and Counter-Claimant
NOVELLUS SYSTEMS, INC.

### ATTESTATION OF CONCURRENCE

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories in lieu of their signature(s) on the document.

**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS**
Case No. CV 10-0947 JSW

1 **[PROPOSED] ORDER**

2 Due to the personal circumstances of one of the attorneys in this action, and with the
3 agreement of both parties, the action is STAYED pending further order of the Court. A status
4 conference is set for __April 8__, 2011 at __1:30__ a.m./p.m.

5 IT IS SO ORDERED.

7 Dated: January __21__, 2011        _____
                                       HON. JEFFREY S. WHITE
8                                      UNITED STATES DISTRICT JUDGE

- 3 -

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**
Case No. CV 10-0947 JSW