Edward Vincent King, Jr. (SBN 085726)
Dirk van Ausdall (SBN 117279)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011
E-mails: evking@kingandkelleher.com
dvanausdall@kingandkelleher.com

*Attorneys for Plaintiff and Counter-Defendant*
*JAIME PORIS*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME PORIS,<br><br>Plaintiff,<br><br>v.<br><br>NOVELLUS SYSTEMS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 10-0947 JSW<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiff Jaime Poris and defendant Novellus Systems, Inc., through and by their counsel submit this stipulated request for a continuance of the case management conference in this matter which is currently set for April 8, 2011, at 1:30 p.m. to April 15, 2011, at 1:30 p.m. This stipulation is based upon the unavailability of counsel for plaintiff as set forth in the separate Declaration of Edward Vincent King, Jr., in Support of Stipulated Request to Continue Case Management Conference to be submitted herewith.

SO STIPULATED.

DATED: March 16, 2011　　　　　　　Respectfully submitted,

KING & KELLEHER, LLP

By: */s/ Edward Vincent King, Jr.*
　　　Edward Vincent King, Jr.

Attorneys for Plaintiff and Counter-Defendant
JAIME PORIS


IRELL & MANELLA LLP

By: */s/ Samuel Lu*
　　　Samuel Lu

Attorneys for Defendant and Counter-Claimant
NOVELLUS SYSTEMS, INC.


## ATTESTATION OF CONCURRENCE

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories in lieu of their signature(s) on the document.

DATED: March 16, 2011　　　　　　　Respectfully submitted,

KING & KELLEHER, LLP


By: */s/ Edward Vincent King, Jr.*
　　　Edward Vincent King, Jr.

Attorneys for Plaintiff and Counter-Defendant
JAIME PORIS

- 2 -
STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. CV 10-0947 JSW

**[PROPOSED] ORDER**

Due to the unavailability of counsel for plaintiff, and with the agreement of both parties, the case management conference in this action currently set for April 8, 2011, at 1:30 p.m. is continued to April 15, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 21, 2011

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE