1  IRELL & MANELLA LLP
   Samuel K. Lu (171969)
2  Justin E. Klaeb (254035)
   1800 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
4  Facsimile:  (310) 203-7199
   E-mail: slu@irell.com
5  E-mail: jklaeb@irell.com

6  Attorneys for Defendant and Counterclaimant
   NOVELLUS SYSTEMS, INC.

7

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12 JAIME PORIS,                        )  Case No. CV 10-0947 JSW
                                       )
13          Plaintiff and Counterclaim-)
               Defendant,              )  [PROPOSED] ORDER
14                                     )   TO CHANGE TIME OF TUTORIAL
                                       )
15       v.                            )
                                       )
16 NOVELLUS SYSTEMS, INC.,             )
                                       )
17          Defendant and Counterclaimant. )
                                       )

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO CHANGE TIME OF
TUTORIAL                                                    Case No. CV 10-0947 JSW

1       Defendant Novellus Systems, Inc., pursuant to Civil L.R. 6-1, 6-3, and 7-1, has filed an

2 Unopposed Motion to Change Time of Tutorial and supporting Declaration of Samuel K. Lu.

3 Finding good cause for the motion, it is hereby ORDERED that the Tutorial shall be reset for July

4 19, 2011 at 1:30 pm in Courtroom 11, 19th Floor, San Francisco.

5

6

7 Dated:  April ___25,_____ _____ 2011

8                          HON. JEFFREY S. WHITE
                           UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28