1   KING & KELLEHER, LLP             IRELL & MANELLA LLP
    Edward Vincent King, Jr. (SBN 085726)    Samuel K. Lu (SBN 171969)
2   Dirk Van Ausdall (SBN 117279)         Justin E. Klaeb (SBN 254035)
    Four Embarcadero Center, 17th Floor      1800 Avenue of the Stars, Suite 900
3   San Francisco, CA 94111             Los Angeles, California 90067-4276
    Telephone: (415) 781-2888            Telephone: (310) 277-1010
4   Facsimile: (415) 781-3011            Facsimile:  (310) 203-7199
    E-mail: evking@kingandkelleher.com     E-mail: slu@irell.com
5   E-mail: dvanausdall@kingandkelleher.com   E-mail: jklaeb@irell.com

6   Attorneys for Plaintiff and               Attorneys for Defendant and Counterclaimant
    Counterclaim-Defendant              NOVELLUS SYSTEMS, INC.
7   JAIME PORIS

8

                   UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11

12   JAIME PORIS,                 )   Case No. CV 10-0947 JSW
                               )
13           Plaintiff and         )
          Counterclaim-Defendant,    )   **JOINT STIPULATION REGARDING**
14                              )   **BRIEFING AND HEARING**
    vs.                        )   **SCHEDULE FOR NOVELLUS**
15                                )   **SYSTEMS, INC.'S MOTION FOR**
    NOVELLUS SYSTEMS, INC.,     )   **SUMMARY JUDGMENT OF**
16                                )   **NON-INFRINGEMENT**
          Defendant and       )   **AND ORDER THEREON**
17           Counterclaimant.      )
    _____ )
18

19        WHEREAS, Defendant and Counterclaimant Novellus Systems, Inc. ("Novellus") filed

20 its Motion for Summary Judgment of Non-Infringement on February 10, 2012 (ECF. No. 77)

21 ("Motion");

22        WHEREAS, Plaintiff and Counterclaim-Defendant Jaime Poris ("Poris") has informed

23 Novellus that he intends to conduct discovery, including document requests and depositions, in

24 order to oppose the Motion;

25        WHEREAS, Novellus is likely to depose Poris' technical expert after Poris files his

26 response to the Motion;

27        WHEREAS, under the current briefing schedule pursuant to Rule 7-3 of the Civil Local

28 Rules for the United States District Court, Northern District of California, Poris' response to the

                                            -1-

1   Motion is due February 24, 2012, and Novellus' reply in support of the Motion is due March 2, 2012.

2       WHEREAS, the hearing on the Motion is currently scheduled for May 11, 2012;

3       WHEREAS, the parties agree that the current briefing and hearing schedule does not

4   provide a sufficient amount of time for the parties to conduct discovery related to the Motion and

5   for the parties to prepare their respective response and reply briefs;

6       NOW, THEREFORE, the parties stipulate to the following: Poris' response to the Motion

7   shall be due by May 11, 2012; Novellus' reply in support of the Motion shall be due by May 30,

8   2012.  The hearing on the Motion shall be rescheduled for June 15 at 9:00 a.m.  The parties

9   further stipulate that this stipulation is premised on the parties' mutual assumption that necessary

10  discovery will be obtained without recourse to the Court and without undue delay because of

11  witness unavailability.  The parties agree that either party may seek further modification of this

12  schedule from the Court in the event of unforeseen discovery delays.

13

14  Respectfully stipulated to by:

15  KING & KELLEHER, LLP                    IRELL & MANELLA LLP

16  By:  */s/ Edward Vincent King, Jr.*          By:  */s/ Justin E. Klaeb*
         Edward Vincent King, Jr.                    Justin E. Klaeb

17
    Attorneys for Plaintiff and                Attorneys for Defendant and Counterclaimant
18  Counterclaim-Defendant                     NOVELLUS SYSTEMS, INC.
    JAIME PORIS
19
    Date:  February 22, 2012                   Date:  February 22, 2012
20                      ATTESTATION OF CONCURRENCE

21      I hereby attest that concurrence in the filing of the document has been obtained from the

22  other signatory.

23                      By:  */s/ Justin E. Klaeb*
                             Justin E. Klaeb
24

25          PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  DATED:  February 23, 2012

27  _____
    Hon. Jeffrey S. White
28  United States District Judge

JOINT STIPULATION REGARDING BRIEFING AND HEARING                           Case No. CV 10-0947 JSW
SCHEDULE FOR NOVELLUS' MOTION FOR SUMMARY JUDGMENT