| | |
|---|---|
| KING & KELLEHER, LLP | IRELL & MANELLA LLP |
| Edward Vincent King, Jr. (SBN 085726) | Samuel K. Lu (SBN 171969) |
| Dirk Van Ausdall (SBN 117279) | Justin E. Klaeb (SBN 254035) |
| Four Embarcadero Center, 17th Floor | 1800 Avenue of the Stars, Suite 900 |
| San Francisco, CA 94111 | Los Angeles, California 90067-4276 |
| Telephone: (415) 781-2888 | Telephone: (310) 277-1010 |
| Facsimile: (415) 781-3011 | Facsimile: (310) 203-7199 |
| E-mail: evking@kingandkelleher.com | E-mail: slu@irell.com |
| E-mail: dvanausdall@kingandkelleher.com | E-mail: jklaeb@irell.com |

Attorneys for Plaintiff and Counterclaim-Defendant JAIME PORIS

Attorneys for Defendant and Counterclaimant NOVELLUS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME PORIS,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NOVELLUS SYSTEMS, INC.,<br><br>    Defendant and Counterclaimant. | Case No. CV 10-0947 JSW<br><br>**JOINT STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE FOR PARTIES' MOTIONS FOR SUMMARY JUDGMENT** AND ORDER THEREON |

WHEREAS, Defendant and Counterclaimant Novellus Systems, Inc. ("Novellus") filed its Motion for Summary Judgment of Non-Infringement on February 10, 2012 (ECF No. 77);

WHEREAS, Plaintiff and Counter-Defendant Jaime Poris ("Poris") filed a Motion for Partial Summary Judgment on May 4, 2012 (ECF No. 84);

WHEREAS, the parties have determined that they intend to conduct discovery, including document requests and depositions, in order to respond to the pending motions;

WHEREAS, under the current briefing schedule pursuant to the Joint Stipulation Regarding Briefing and Hearing Schedule for Novellus Systems, Inc.'s Motion for Summary Judgment of Non-Infringement and Order Thereon (ECF No. 79), Poris' response to Novellus' Motion for Summary Judgment of Non-Infringement is due May 11, 2012, and Novellus' reply

-1-

**JOINT STIPULATION REGARDING BRIEFING AND HEARING**      **Case No. CV 10-0947 JSW**
**SCHEDULE FOR NOVELLUS' MOTION FOR SUMMARY JUDGMENT**

1  in support of the motion is due May 30, 2012;

2  WHEREAS, under the current briefing schedule pursuant to Rule 7-3 of the Civil Local
3  Rules for the United States District Court, Northern District of California, Novellus' response to
4  Poris' Motion for Partial Summary Judgment is due May 18, 2012 and Poris' reply in support of
5  the motion is due May 25, 2012;

6  WHEREAS, the hearing on both motions is currently scheduled for June 15, 2012;

7  WHEREAS, the parties agree that the current briefing and hearing schedule does not
8  provide a sufficient amount of time for the parties to conduct discovery related to the motions
9  and for the parties to prepare their respective response and reply briefs;

10  NOW, THEREFORE, the parties stipulate to the following: Poris' response to Novellus'
11  Motion for Summary Judgment of Non-Infringement shall be due by July 20, 2012; Novellus'
12  reply in support of its Motion for Summary Judgment of Non-Infringement shall be due by
13  August 17, 2012; Novellus' response to Poris' Motion for Partial Summary Judgment shall be
14  due by July 20, 2012; Poris' reply in support of his Motion for Partial Summary Judgment shall
15  be due by August 17, 2012; Novellus' shall file any Motion to Strike Poris' Motion for Partial
16  Summary Judgment by May 11, 2012; Poris' opposition to Novellus' Motion to Strike shall be
17  due by July 20, 2012; and Novellus' reply in support of its Motion to Strike shall be due by
18  August 17, 2012. The hearing on all motions referenced herein shall be rescheduled for
19  September 14, 2012 at 9:00 a.m. The parties further stipulate that this stipulation is premised on
20  the parties' mutual assumption that necessary discovery will be obtained without recourse to the
21  Court and without undue delay because of witness unavailability. The parties agree that either
22  party may seek further modification of this schedule from the Court in the event of unforeseen
23  discovery delays.

24
25
26
27
28

**JOINT STIPULATION REGARDING BRIEFING AND HEARING**     **Case No. CV 10-0947 JSW**
**SCHEDULE FOR NOVELLUS' MOTION FOR SUMMARY JUDGMENT**

Respectfully stipulated to by:

| | |
|---|---|
| KING & KELLEHER, LLP | IRELL & MANELLA LLP |
| By: */s/ Edward Vincent King, Jr.* <br>     Edward Vincent King, Jr. | By: */s/ Justin E. Klaeb* <br>     Justin E. Klaeb |
| Attorneys for Plaintiff and <br> Counterclaim-Defendant <br> JAIME PORIS | Attorneys for Defendant and Counterclaimant <br> NOVELLUS SYSTEMS, INC. |
| Date:  May 9, 2012 | Date:  May 9, 2012 |

## ATTESTATION OF CONCURRENCE

I hereby attest that concurrence in the filing of the document has been obtained from the other signatory.

*/s/ Edward Vincent King, Jr.*
     Edward Vincent King, Jr.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  May 10, 2012

_____
Hon. Jeffrey S. White
United States District Judge

-3-

**JOINT STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE FOR NOVELLUS' MOTION FOR SUMMARY JUDGMENT**                               **Case No. CV 10-0947 JSW**