United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIME PORIS,

    Plaintiff,                                No. C 10-00947 JSW

  v.

NOVELLUS SYSTEMS, INC.,                 **ORDER VACATING HEARING ON PENDING MOTIONS**

    Defendant.
                                      /

      Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions which have been noticed for hearing on Friday, September 14, 2012 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

      **IT IS SO ORDERED.**

Dated: September 10, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE